UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLINOYD BROWN,<br><br>               Petitioner,<br><br>      v.<br><br>MATTHEW CATE,<br><br>               Respondent. | ) Case No. 10-0529 SJO(JC)<br>)<br>)<br>)<br>)<br>) ORDER ACCEPTING FINDINGS,<br>) CONCLUSIONS, AND<br>) RECOMMENDATIONS OF UNITED<br>) STATES MAGISTRATE JUDGE<br>) |

       Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Petition for Writ of Habeas Corpus (the "Petition"), respondent's Motion to Dismiss the Petition ("Motion"), petitioner's opposition thereto, and all of the records herein, including the Report and Recommendation of United States Magistrate Judge. The Court approves and accepts the United States Magistrate Judge's Report and Recommendation ("Report and Recommendation").

       IT IS HEREBY ORDERED that the Motion is granted in part and denied part: (1) Claims 6f and 6g (as enumerated in the Report and Recommendation) are dismissed with prejudice because such claims are time-barred; and (2) the Motion is otherwise denied.

///

///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
2 the Report and Recommendation on petitioner and on respondent's counsel.
3    IT IS SO ORDERED.
4           October 28, 2012
5    DATED: _____

*S. James Otero*

_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE