UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FLINOYD BROWN, | ) | Case No. CV 11-529 SJO(JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| MATTHEW CATE, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: June 19, 2013.

_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE